RECEIVED
IN MONROE, LA

DEC 14 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DAVID L. LOWERY, ET AL. | * | DOCKET NO. 07-0410 |
| VERSUS | * | JUDGE JAMES |
| GENERAL MOTORS CORPORATION | * | MAGISTRATE JUDGE HAYES |

# RULING

Pending before the Court is a Motion for Summary Judgment [Doc. No. 13] filed by Defendant General Motors Corporation.

On November 13, 2007, Magistrate Judge Karen L. Hayes issued a Report and Recommendation recommending that the Court grant the unopposed Motion for Summary Judgment. Objections to the Report and Recommendation were due to be filed no later than November 28, 2007.

On December 3, 2007, Plaintiffs filed untimely "Objections to the Proposed Findings, Conclusions and Recommendations" [Doc. No. 21]. Without explanation for their failure to oppose Defendant's Motion for Summary Judgment and without explanation for the untimeliness of their objections, Plaintiffs argue that the Motion for Summary Judgment should be denied because of the following:

(1) "Plaintiffs have an expert who determined that the air bags were defective and caused his [sic] injuries;" and

(2) "David L. Lowery, in his deposition, indicated that he did have his seat belt on and received injuries from the seat belt as a result of the accident. There is no question that if the air bags had properly deployed, he would

not have sustained the injuries that he did."

[Doc. No. 21, ¶¶ 2-3].

On December 4, 2007, Defendant filed a reply to Plaintiffs' objections. Defendant also points out that Plaintiffs failed to timely identify their expert or provide his report, failed to produce competent summary judgment evidence, and failed to address the elements of their burden of proof.

Having fully reviewed the record in this matter, the Court ADOPTS the Report and Recommendation of the Magistrate Judge. While loathe to dismiss any case on a procedural default, the Court must do so in this case. Plaintiffs not only failed to comply with the Court's Scheduling Order and Notice of Hearing on the Motion for Summary Judgment and failed to offer any explanation for their deficiencies, but, even now, have failed to produce the appropriate evidence to oppose a motion for summary judgment. An expert report, unaccompanied by any affidavit or deposition testimony, is nothing more than hearsay and is not competent summary judgment evidence. Finally, even if the Court could consider the hearsay report, as Defendants point out, the report does not fully address Plaintiffs' burden under the Louisiana Products Liability Act.

Defendant's Motion for Summary Judgment is GRANTED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 14th day of December, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE